**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11   DANIEL RODRIGUEZ,                              No. C 11-03562 WHA

12              Plaintiff,

13      v.

14   ROBIN BARRETT, Field Office Director          **ORDER TO CLERK TO CLOSE CASE**
     U.S. Citizenship & Immigration Services,
15

16              Defendant.

17   _____/

18          On August 4, 2011, an order dismissed this action with leave to amend.  Specifically, the

19   order granted plaintiff 21 calendar days from the date of the order to file a motion for leave to file

20   an amended complaint.  No such motion has been filed.  Instead, plaintiff filed, (1) a document

21   titled "Proof of evident. Propose to Court."; (2) a document titled "Propose Order / Law Suet

22   .Demand to Trial"; (3) a "Motion for Dismissal Pursuant to Section 1203 4a of the Penal Code";

23   (4) a "Motion to Dismiss Rule 3.514 Rule 3.520 Rules 3.521-3.523 and Rule 3.524"; and (5) a

24   "First Notice of Payment Due."  These range from two to seven pages in length and contain

25   discretely headed pages.  As before, all are disjointed to the point of being incoherent and

26   unintelligible.  Most importantly, they are not a motion for leave to file an amended complaint

27   that clearly explains how the amendments to the complaint cure the deficiencies previously

28   identified and to which a proposed amended complaint is appended — as required by the order of

dismissal.  Plaintiff was specifically warned that if he did not file such motion, this case will be closed.  The Clerk shall close the file.

   **IT IS SO ORDERED.**

Dated:  August 29, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2